### IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### WESTERN DIVISION

SCOTT PITCOCK                                                                                          PLAINTIFF

v.                                              NO. 4:14CV00264 JLH

ARKANSAS COPIER CENTER, INC.                                                        DEFENDANT

### ORDER

Without objection, plaintiff's motion to dismiss is GRANTED. Document #10. This action is hereby dismissed with prejudice.

IT IS SO ORDERED this 3rd day of October, 2014.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE